MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants
Warden A. Hedgpeth, Associate Warden B. Hedrick,
Correctional Administrator M. Moore, III,
Community Resource Manager J. Bonnifield,
Correctional Sgt. E. Best, Correctional Sgt. A. Londou
and Chaplain Young

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>A. HEDGPETH, et al.,<br><br>Defendants. | CASE NO.  CV 09 4358 CW (PR)<br><br>**ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

This case came on for hearing on the motion of defendants, for an order granting an extension of time to file dispositive motions.

Good cause having been shown.

IT IS HEREBY ORDERED THAT:

1. The defendants have until February 14, 2011 within which to file their dispositive motions.

Dated: **12/15/2010**

_____
United States District Court Judge

*Wright v. Hedgpeth, et. al.*
U.S. District Court, Northern District of California, Oakland Division
Case Number: CV 09-4358 CW (PR)

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1451 River Park Dr., Suite 145, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with MORENO & RIVERA, LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

<u>  X  </u>  on all parties who have appeared via electronic mail through CM/ECF and all other parties via First Class Mail.

<u>     </u>  on the parties in this action by causing a true copy thereof to be delivered by hand to the offices of the addressee(s).

<u>     </u>  on all other the parties in this action by causing a true copy thereof to be telecopied by facsimile to the attorneys of record in the above action.

<u>     </u>  (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via Federal Express to the party(ies) so designated on the service list.

Addressed as follows:

Demetrius Ahmed Wright
T-65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on December 15, 2010 at Sacramento, California.

<u>/s/ Rhonda Harrigan</u>
Rhonda Harrigan

Moreno & Rivera, LLP
1451 River Park Drive,
Suite 145
Sacramento, CA 95815
(916) 922-1200
)916) 922-1301 Fax

Defendants' [~~Proposed~~] Order on the Motion for Extension of Time to File Dispositive Motions
Page 2