IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS A. WRIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>A. HEDGEPATH, et al.,<br><br>      Defendants.<br>_____/ | No. C 09-04358 CW (PR)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

    Defendants have requested a second extension of time in which to file their dispositive motion. Having read and considered Defendants' request and the accompanying declaration of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' request for a second extension of time is GRANTED. The time in which Defendants may file their dispositive motion will be extended up to and including <u>March 16, 2011</u>. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than <u>sixty (60) days</u> after the date Defendants' motion is filed. Defendants shall file a reply brief no later than <u>thirty (30) days</u> after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 24.

    IT IS SO ORDERED.

Dated: 2/15/2011

                                             CLAUDIA WILKEN<br>                                             UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS A. WRIGHT,

        Plaintiff,

v.

A. HEDGEPATH et al,

        Defendant.

Case Number: CV09-04358 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Ahmed Wright T65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk