1 RIVERA & ASSOCIATES
2 2180 Harvard Street, Suite 310
Sacramento, California 95815
3 Tel: 916-922-1200 Fax: 916 922-1303

4 Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
5 Shanan L. Hewitt, CSN 200168
6 Kelly A. Yokley, CSN 192015

7 Attorneys for Defendants
Warden A. Hedgpeth, Chief Deputy Warden G.D. Lewis, Associate Warden B. Hedrick,
8 Correctional Administrator M. Moore, III, Community Resource Manager J. Bonnifield,
Correctional Captain D. Mantel, Facility Captain R. Binkele, Correctional Sgt. D. Galloway,
9 Correctional Sgt. E. Best, Chaplain A. Londou, Chaplain Young, Chief of Inmate Appeals N. Grannis

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DEMETRIUS AHMED WRIGHT, | ) | CASE NO. CV 09 4358 CW (PR) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS |
| vs. | ) | |
| A. HEDGPETH, et al., | ) | |
| Defendants. | ) | |

This case came on for hearing on the motion of defendants, for an order granting an additional thirty (30) day extension of time to file dispositive motions.

Good cause having been shown.

IT IS HEREBY ORDERED THAT:

1. The defendants have until February 13, 2012 within which to file their dispositive motions. Plaintiff shall file any opposition, and Defendants their reply, in accordance with the time limits set forth in the Court's Order of Service.

Dated: 1/13/2012

/s/ [signature]
United States District Court Judge