IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS A. WRIGHT,

    Plaintiff,

  v.

A. HEDGEPATH, et al.,

    Defendants.
_____/

No. C 09-4358 CW (PR)

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

(Docket no. 49)

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition to Defendants' Motion For Summary Judgment no later than <u>July 6, 2012</u>.

    Defendants shall file a reply brief no later than <u>July 20, 2012</u>.

    This Order terminates Docket no. 49.

    IT IS SO ORDERED.

Dated: 6/25/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE