IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS AHMED WRIGHT,

    Plaintiff,

  v.

A. HEDGEPETH, et al.,

    Defendants.
_____/

No. C 09-4358 CW (PR)

ORDER STAYING SCHEDULING OF SETTLEMENT CONFERENCE; DIRECTING CLERK OF THE COURT AND THE PARTIES TO FILE DOCUMENTS IN C 10-0064 CW

    On September 30, 2012, the Court granted in part and denied in part Defendants' motion for summary judgment in this pro se civil rights action. The Court referred the case to Magistrate Judge Nandor Vadas to schedule a settlement conference within one-hundred and twenty days, or as soon thereafter as is convenient to the Magistrate Judge's calendar. Docket no. 55.

    Plaintiff currently has pending another pro se civil rights action that the Court referred to Magistrate Judge Vadas for a settlement conference. See Wright v. Carasco, C 10-0064 CW (PR), Docket no. 43. Plaintiff, however, refused to attend the scheduled settlement conference, and the Court has requested briefing from the parties on the matter. Id., Docket no. 53.

    GOOD CAUSE APPEARING, the Court hereby STAYS all further proceedings in this case, including the scheduling of a settlement conference, until the matter of Plaintiff's refusal to attend the settlement conference in case C 10-0064 has been resolved.

    Additionally, in the interest of the efficient resolution of these matters, the Court ORDERS as follows:

    Plaintiff's response in C 10-0064 stating whether he will agree to attend a settlement conference in that case also shall

address whether he will agree to attend a settlement conference in the present case.  Plaintiff shall file his response in both cases and serve it on counsel for Defendants in both cases.

   No later than fourteen days from the date Plaintiff files his response, Defendants *shall* file a reply in both cases.

   The Clerk of the Court shall file a copy of this Order in case number C 10-0064 CW (PR) and provide an electronic copy to Magistrate Judge Vadas.

   IT IS SO ORDERED.

Dated: 11/5/2012

CLAUDIA WILKEN
United States District Judge

cc: NJV