IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS AHMED WRIGHT,

       Plaintiff,

  v.

A. HEDGEPETH, et al.,

       Defendants.
                          /

No. C 09-4358 CW (PR)

ORDER LIFTING STAY; DIRECTING MAGISTRATE JUDGE VADAS TO SCHEDULE SETTLEMENT CONFERENCE; VACATING ORDER REQUIRING FURTHER BRIEFING

    On September 30, 2012, the Court granted in part and denied in part Defendants' motion for summary judgment in this pro se civil rights action.  The Court referred the case to Magistrate Judge Nandor Vadas to schedule a settlement conference within one-hundred and twenty days, or as soon thereafter as is convenient to the Magistrate Judge's calendar.  Docket no. 55.

    On November 6, 2012, the Court stayed all further proceedings in this case, including the scheduling of a settlement conference, until resolution of the matter of Plaintiff's refusal to attend the settlement conference in Wright v. Carasco, C 10-0064 CW (PR).  Additionally, the Court directed that all future filings by the parties with respect to the above matter be filed in the present case.

    On November 26, 2012, following full briefing by the parties, Plaintiff informed the Court and Defendants that he will attend a rescheduled settlement conference in C 10-0064.  Although Plaintiff's response was not filed in the present case, the Court takes judicial notice thereof and hereby LIFTS the stay of further proceedings in this case.  Consequently, because no further responses from the parties are required on this issue in this

case, the Court hereby VACATES its prior directive that the parties file such documents herein.

Accordingly, Magistrate Judge Vadas shall SCHEDULE a settlement conference in this case. The conference shall take place within one-hundred-twenty (120) days of the date of this Order, or as soon thereafter as is convenient to the magistrate judge's calendar. Magistrate Judge Vadas shall coordinate a time and date for the conference with all interested parties and/or their representatives and, within ten (10) days after the conclusion of the conference, file with the Court a report regarding the conference. In the interests of efficiency and convenience to the parties, the Court suggests that such conference be scheduled in conjunction with the settlement conference in C 10-0064.

The Clerk shall provide a copy of this Order to Magistrate Judge Vadas.

IT IS SO ORDERED.

Dated: 12/2/2012

CLAUDIA WILKEN
United States District Judge

2