UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HEDGEPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 4:09-CV-4358 CW (NJV)<br><br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, REQUIRING MEET AND CONFER, AND SETTING STATUS CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 9:00 a.m. on February 6, 2013, at Solano State Prison.

Defense Counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than three weeks prior to the settlement conference. The legal representative of the CDCR must be present at this telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on January 29, 2013, at 1:00 p.m.. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, Counsel shall report on the outcome of their meeting regarding settlement. Defense counsel shall provide for the telephonic appearance of Plaintiff.

Lead trial counsel shall appear at the settlement conference, with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

**United States District Court**
For the Northern District of California

1. Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

2. Confidential settlement conference statements shall be mailed <u>and</u> emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference. In their settlement conference statements, the parties shall report on the outcome of their meeting regarding settlement.

3. Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

4. The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: January 2, 2013

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>A. HEDGEPETH, et al,<br><br>    Defendants._____/ | No.09-CV-04358 CW (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that on January 2, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: January 2, 2013

                         /s/ *Linn Van Meter*
                            Linn Van Meter
                    Administrative Law Clerk to the
                    Honorable Nandor J. Vadas