United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br>  v.<br><br>A. HEDGEPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 4:09-CV- 4358 CW (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS AHMED WRIGHT, inmate no. T65802, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 2, 2013

                                    NANDOR J. VADAS
                                    United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DEMETRIUS AHMED WRIGHT, inmate no. T65802, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, on February 6, 2013, at 9:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of

1  WRIGHT v. HEDGEPETH, et al, and at the termination of said hearing return him forthwith to said
2  hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter
3  be made concerning the custody of said prisoner, and further to produce said prisoner at all times
4  necessary until the termination of the proceedings for which his testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: January 2, 2013

9  RICHARD WIEKING
   CLERK, UNITED STATES DISTRICT COURT

11 By: Linn Van Meter
    Administrative Law Clerk

15 Dated: January 2, 2013



NANDOR
United St

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DEMETRIUS AHMED WRIGHT,

    Plaintiff,

v.

A. HEDGEPETH, et al,

    Defendants.
                                      /

No. 4:09-CV-04358 CW (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 2, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(also by fax)

Dated: January 2, 2013

                                          /s/ *Linn Van Meter*
                                             Linn Van Meter
                                   Administrative Law Clerk to the
                                    Honorable Nandor J. Vadas