UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 4:09-CV- 4358 CW (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. HEDGEPETH, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS AHMED WRIGHT, inmate no. T65802, presently in custody at California Institution for Men, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 20, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, California Institution for Men

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DEMETRIUS AHMED WRIGHT, inmate no. T65802, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, on March 27, 2013, at 9:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of

WRIGHT v. HEDGEPETH, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 20, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: February 20, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>A. HEDGEPETH, et al,<br><br>    Defendants. / | No. 4:09-CV-04358 CW (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on February 20, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institution for Men
PO Box 128
Chino, CA 91708-0128

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128
(also by fax)

Dated: February 20, 2013

                     /s/ *Linn Van Meter*
                        Linn Van Meter
                  Administrative Law Clerk to the
                    Honorable Nandor J. Vadas