UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HEDGEPETH, et al.,<br><br>    Defendants.<br>_____ / | No. 4:09-CV-4358 CW (NJV)<br><br>ORDER DENYING MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

The court has received from Plaintiff a motion for continuance of the settlement conference set in this case for March 27, 2013. Plaintiff's motion is dated March 9, 2013. The court has considered the reasons for a continuance raised by Plaintiff and finds that they do not constitute an adequate basis to continue the settlement conference. Accordingly, Plaintiff's motion is HEREBY DENIED. The settlement conference will go forward as scheduled.

Dated: March 14, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3    IN THE UNITED STATES DISTRICT COURT
4    FOR THE NORTHERN DISTRICT OF CALIFORNIA
5    EUREKA DIVISION
6
7  DEMETRIUS AHMED WRIGHT,                     No.09-CV-04358 CW (NJV)
8         Plaintiff,
                                               **CERTIFICATE OF SERVICE**
9  v.
10 A. HEDGEPETH, et al,
11        Defendants.
12  ─────────────────────────────/
13    I, the undersigned, hereby certify that on March 14, 2013, I served a true and correct copy of
14 the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below,
15 by depositing said envelope in the U.S. Mail.
16 Demetrius Ahmed Wright
17 T65802
   California Institute for Men
18 Facility C/Calusa 128
   P.O. Box 500
19 Chino, CA 91708
20
21 Litigation Coordinator Michael Gill
   California Institution for Men
22 PO Box 128
   Chino, CA 91708-0128
23
   (also by fax)
24
   Dated: March 14, 2013
25
26              /s/ *Linn Van Meter*
                Linn Van Meter
27              Administrative Law Clerk to the
                Honorable Nandor J. Vadas
28

2