UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>       Plaintiff,<br><br>  v.<br><br>A. HEDGEPETH, et al.,<br><br>       Defendants.<br>                                                                / | No. 4:09-CV-4358 CW (NJV)<br><br>ORDER DENYING MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

The court has received from Plaintiff a motion for continuance of the settlement conference set in this case for March 27, 2013. Plaintiff's motion is dated March 9, 2013. The court has considered the reasons for a continuance raised by Plaintiff and finds that they do not constitute an adequate basis to continue the settlement conference. Accordingly, Plaintiff's motion is HEREBY DENIED. The settlement conference will go forward as scheduled.

Dated: March 14, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A. HEDGEPETH, et al,<br><br>　　　　Defendants.　　　　／ | No.09-CV-04358 CW (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on March 14, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institute for Men
Facility C/Calusa 128
P.O. Box 500
Chino, CA 91708


Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128

(also by fax)

Dated: March 14, 2013

　　　　　　　　　　　　　　/s/　*Linn Van Meter*
　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　Administrative Law Clerk to the
　　　　　　　　　　Honorable Nandor J. Vadas