UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HEDGPETH, et al.,<br><br>    Defendants. | Case No.  09-cv-04358-CW  CW (NJV)<br><br>**WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS AHMED WRIGHT whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: March 28, 2013

_____
Nandor J. Vadas
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, California Institution for Men

GREETINGS

WE COMMAND that you have and produce the body DEMETRIUS AHMED WRIGHT, in your custody in the hereinabove-mentioned Institution, before the United States District Court on April 23, 2013, 2:00 P.M. , Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA in order that said prisoner may then and there participate in the settlement conference in the matter of DEMETRIUS AHMED WRIGHT v A. HEDGEPETH, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: 3/28/13

_____
NANDOR J. VADAS
United States Magistrate Judge