UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>A. HEDGEPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 4:09-CV-4358 CW (NJV)<br><br>ORDER VACATING WRIT OF<br>HABEAS CORPUS AD TESTIFICANDUM |

The settlement conference previously scheduled in this case has been vacated due to Plaintiff's hospitalization. (Doc. 76.) Accordingly, the writ of habeas corpus ad testificandum issued March 28, 2013, for Plaintiff's appearance at that settlement conference is HEREBY VACATED.

Dated: April 23, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A. HEDGEPETH, et al,<br><br>　　　　Defendants.　　　　／ | No.09-CV-04358 CW (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that on April 23, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institute for Men
Facility C/Calusa 128
P.O. Box 500
Chino, CA 91708


Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128

(also by fax)

Dated: April 23, 2013

　　　　　　　　　　　　　　*/s/ Linn Van Meter*
　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　Administrative Law Clerk to the
　　　　　　　　　　　Honorable Nandor J. Vadas

2