United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>A. HEDGEPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 4:09-CV-4358 CW (NJV)<br><br>ORDER VACATING STATUS CONFERENCE |

    This case is now set for a telephonic status conference on Tuesday, May 14, 2013. On May 9, 2013, Chief Judge Claudia Wilken entered an order referring this case to the Federal Pro Bono Project and staying proceedings until counsel is appointed. (Doc. 78.) Accordingly, the status conference set for May 14, 2013, is HEREBY VACATED and will be reset following the appointment of counsel.

IT IS SO ORDERED.

Dated: May 10, 2013

                                      NANDOR J. VADAS
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DEMETRIUS AHMED WRIGHT,     No. 4:09-CV-04358 CW (NJV)

    Plaintiff,

**CERTIFICATE OF SERVICE**

v.

A. HEDGEPETH, et al,

    Defendants.
_____/

I, the undersigned, hereby certify that on May 10, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Demetrius Ahmed Wright
T65802
California Institute for Men
Facility C/Calusa 128
P.O. Box 500
Chino, CA 91708

Litigation Coordinator Michael Gill
California Institution for Men
PO Box 128
Chino, CA 91708-0128
(also by fax)

Dated: May 10, 2013

                 /s/ *Linn Van Meter*
                 Linn Van Meter
           Administrative Law Clerk to the
             Honorable Nandor J. Vadas