**United States District Court**
For the Northern District of California

1

2

3

4

5                UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7                       EUREKA DIVISION

8

9  DEMETRIUS AHMED WRIGHT,              No. 4:09-CV-4358 CW (NJV)

10          Plaintiff,                  ORDER VACATING
                                        STATUS CONFERENCE
11      v.

12  A. HEDGEPETH, et al.,

13          Defendants.
   _____/

14

15      This case is now set for a telephonic status conference on Tuesday, May 14, 2013.  On

16  May 9, 2013, Chief Judge Claudia Wilken entered an order referring this case to the Federal Pro

17  Bono Project and staying proceedings until counsel is appointed.  (Doc. 78.)   Accordingly, the

18  status conference set for May 14, 2013, is HEREBY VACATED and will be reset following the

19  appointment of counsel.

20  IT IS SO ORDERED.

21

22

23

24
   Dated: May 10, 2013                   _____
25                                        NANDOR J. VADAS
26                                        United States Magistrate Judge

27

28

**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                             EUREKA DIVISION

6

7  DEMETRIUS AHMED WRIGHT,                    No. 4:09-CV-04358 CW (NJV)

8             Plaintiff,
                                             **CERTIFICATE OF SERVICE**
9  v.

10 A. HEDGEPETH, et al,

11            Defendants.
   _____/
12

13        I, the undersigned, hereby certify that on May 10, 2013, I served a true and correct copy of

14 the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below,

15 by depositing said envelope in the U.S. Mail.

16 Demetrius Ahmed Wright
   T65802
17 California Institute for Men
   Facility C/Calusa 128
18 P.O. Box 500
   Chino, CA 91708
19

20

21 Litigation Coordinator Michael Gill
   California Institution for Men
22 PO Box 128
   Chino, CA 91708-0128
23 (also by fax)

24 Dated: May 10, 2013

25
                              _____/s/___Linn Van Meter_____
26                                      Linn Van Meter
                                 Administrative Law Clerk to the
27                                Honorable Nandor J. Vadas

28

                                        2