UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DEMETRIUS A. WRIGHT,

          Plaintiff,

  v.

A. HEDGEPATH et al,

          Defendant.

_____/

Case Number: CV09-04358 CW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Demetrius Ahmed Wright T65802
California Institute for Men
Facility C/Calusa 128
P.O. Box 500
Chino, CA 91708

Dated: May 28, 2013

                                Richard W. Wieking, Clerk
                                By: Nikki Riley, Deputy Clerk