UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS A. WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>A. HEDGEPATH et al,<br><br>        Defendant._____/ | Case Number: CV09-04358 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Ahmed Wright T65802
California Institute for Men
Facility C/Calusa 128
P.O. Box 500
Chino, CA 91708

Dated: May 28, 2013

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk