UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMETRIUS AHMED WRIGHT<br>　　　　Plaintiff,<br><br>　vs.<br><br>A. HEDGPETH, et al.<br>　　　　Defendants.<br><br><br>DEMETRIUS AHMED WRIGHT<br>　　　　Plaintiff,<br><br>　vs.<br><br>R. CARRASCO, et al.<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: C 09-4358 CW (PR)<br><br><br><br><br><br><br><br><br>Case Number: C 10-0064 CW (PR)<br><br>ORDER APPOINTING COUNSEL |

　　　Because the Plaintiff Demetrius Ahmed Wright has requested and is in need of counsel to assist him/her in these matters and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Attorney Marc A. Pilotin, of Lieff, Cabreser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, (415) 956-1000, is hereby appointed as counsel for Plaintiff in these matters.

　　　The scope of this referral shall be for:

　　　　☐　all purposes for the duration of the case

　　　　☒　the limited purpose of representing the litigant in the course of

　　　　　　☐　mediation

　　　　　　☐　early neutral evaluation

　　　　　　☒　settlement conference

　　　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
　　　　　　_____

　　　　　　☐　discovery as follows:
　　　　　　_____
　　　　　　_____

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES

☐   other:
_____
_____

    All proceedings in this action are hereby stayed until four weeks from the date of this order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated:  5/28/2013

_____
United States District Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES