UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT, | No. 4:09-CV-4358 CW (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| A. HEDGEPETH, et al., | |
| Defendants. | |

A telephonic status conference is HEREBY SET in this matter for 1:00 pm on July 9, 2013. The parties shall dial 888-684-8852, and enter access code 1868782. The parties shall be prepared to discuss setting a settlement conference in this case.

IT IS SO ORDERED.

Dated: June 21, 2013

NANDOR J. VADAS
United States Magistrate Judge