UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HEDGEPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 4:09-CV-4358 CW (NJV)<br><br>ORDER SETTING<br>STATUS CONFERENCE |

    A telephonic status conference is HEREBY SET in this matter for 1:00 pm on July 9, 2013. The parties shall dial 888-684-8852, and enter access code 1868782. The parties shall be prepared to discuss setting a settlement conference in this case.

IT IS SO ORDERED.

Dated: June 21, 2013

                                                     NANDOR J. VADAS
                                                   United States Magistrate Judge