Rivera&Associates

2180 Harvard Street, Ste. 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168
Kelly A. Yokley, CSN 192015

Attorneys for Defendants
Warden A. Hedgpeth, Chief Deputy Warden G.D. Lewis, Associate Warden B. Hedrick, Correctional Administrator M. Moore, III, Community Resource Manager J. Bonnifield, Correctional Captain D. Mantel, Facility Captain R. Binkele, Correctional Sgt. D. Galloway, Correctional Sgt. E. Best, Chaplain A. Londou, Chaplain Young, Chief of Inmate Appeals N. Grannis

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS AHMED WRIGHT,<br><br>  Plaintiff,<br>vs.<br><br>A. HEDGPETH, et al.,<br><br>  Defendants. | CASE NO. 4:09-cv-04358 - CW (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Demetrius Ahmed Wright and Defendants Warden A. Hedgpeth, Chief Deputy Warden G.D. Lewis, Associate Warden B. Hedrick, Correctional Administrator M. Moore, III, Community Resource Manager J. Bonnifield, Correctional Captain D. Mantel, Facility Captain R. Binkele, Correctional Sgt. D. Galloway, Correctional Sgt. E. Best, Chaplain A. Londou, Chaplain Young and Chief of Inmate Appeals N. Grannis have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(1)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: August 30, 2013

_/s/ Demetrius A. Wright_
Demetrius A. Wright
Plaintiff

Dated: August __13__, 2013

RIVERA & ASSOCIATES

Jonathan B. Paul
Attorney for Defendants
Warden A. Hedgpeth, Chief Deputy Warden G.D. Lewis, Associate Warden B. Hedrick, Correctional Administrator M. Moore, III, Community Resource Manager J. Bonnifield, Correctional Captain D. Mantel, Facility Captain R. Binkele, Correctional Sgt. D. Galloway, Correctional Sgt. E. Best, Chaplain A. Londou, Chaplain Young, Chief of Inmate Appeals N. Grannis

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: 12/3/2013

The Honorable Claudia Wilken